FILED
CLERK OF COURTS
2019 OCT -2 PM 3:46
WASHINGTON CO. OHIO

IN THE COURT OF COMMON PLEAS
WASHINGTON COUNTY, OHIO

RONALD R. AMOS
381 Bethel Lane
Elizabeth, WV 26143

Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
175 Berkeley Street
Boston, MA 02116

Defendant.

Case No. 19 OT 222

Judge: TRIPLETT

**COMPLAINT**

For his Complaint against Liberty Life Assurance Co. of Boston, ("Liberty"), the Plaintiff, Ronald Amos, states as follows:

**Parties**

1. Plaintiff, Ronald Amos, is a former employee of Americas Styrenics LLC ("AmSty") and a participant in an employee welfare benefit plan (the "Plan") established and maintained by AmSty.

2. The Plan was created subject to the provisions of the Employee Retirement Income Security Act to provide group disability benefits to AmSty's employees.

3. Defendant, Liberty, insured the long-term disability benefits provided under the Plan and is, therefore, the real party in interest with respect to this claim.

4. The Plaintiff's claim arises under ERISA. Jurisdiction is predicated upon 29 U.S.C. §1132(e). This Court has concurrent jurisdiction in such matters.

5. The Plan involved in this matter is administered, *inter alia*, in Washington County, Ohio. Venue is proper in Washington County, Ohio.

**Facts**

6. Ronald Amos is a 63-year-old former industrial chemical operator.

7. Mr. Amos was employed by AmSty, and its predecessors-in-interest, in Washington County, Ohio, for eighteen years.

8. On September 19, 2015 Mr. Amos was forced to stop working due to knee pain and his need for right knee surgery.

9. Mr. Amos applied for and received short-term disability benefits.

10. Mr. Amos underwent a right total knee arthroplasty on November 23, 2015.

11. On March 10, 2016, Mr. Amos remained disabled, and timely submitted a claim to Liberty for long-term disability benefits due to his need for total replacement of his right knee.

12. Mr. Amos also suffered from polymagia rheumatica, coronary artery disease, diabetes mellitus, high blood pressure, sleep apnea, and the need to take strong medications.

13. On March 18, 2016, Liberty approved Mr. Amos's claim for long-term disability benefits.

14. On June 16, 2016, Mr. Amos applied to the Social Security Administration ("SSA") for Social Security Disability Insurance benefits ("SSDI").

15. Upon receiving his claim, the Social Security Administration ("SSA") flagged Mr. Amos's claim as a case of "Quick Disability Determination," ("QDD").

16. On July 19, 2016, the SSA decided that Mr. Amos was totally and permanently disabled as of September 18, 2015.

17. By 2018, Mr. Amos's illnesses included total replacement of right knee, polymagia rheumatica, diabetes mellitus, morbid obesity, post-osteoarthritis in neck, lumbar spine and knees, gout, history of nicotine dependence, adverse effect of medications and biological substances/sequellae, glaucoma, high cholesterol, hypertension, and gallbladder disease.

18. On June 6, 2018 Mr. Amos underwent surgery to receive three stents in his heart.

19. Although Mr. Amos was disabled by a combination of many illnesses, Liberty did not examine him or investigate the combined effects of all his medical conditions.

20. On October 23, 2018, Liberty terminated Mr. Amos's long-term disability benefits.

21. Mr. Amos timely appealed this denial through counsel.

22. Mr. Amos provided Liberty with substantial medical evidence documenting that he continued to be disabled in accord with the Plan by his cardiac symptoms, the combination of his illnesses, and the various strong medications that he needed.

23. On July 26, 2019, Liberty again denied Mr. Amos's appeal.

24. Ronald Amos has exhausted his administrative remedies.

**Count I - For Long-Term Disability Benefits**

25. The foregoing paragraphs are incorporated by reference as if fully restated here.

26. Ronald Amos brings this claim under 29 U.S.C. §1132(a)(1)(B) seeking long-term disability benefits.

27. Mr. Amos remains disabled under the Plan and is entitled to these disability benefits.

28. Liberty's decision was arbitrary and capricious because, *inter alia*, after reaping a financial benefit from Mr. Amos's award of SSDI, Liberty failed to reasonably consider and analyze the SSA's award of disability benefits, selectively reviewed the medical evidence, failed to credit the opinions of Mr. Amos's medical care providers, failed to properly consider the evidence of the effects of his numerous medical conditions, failed to consider the fact that he must take strong medications, and relied on a stale FCE and file review to support its decision.

29. Ronald Amos seeks an order from the Court finding that he remains disabled and entitled to benefits under the Plan.

WHEREFORE, the Plaintiff, Ronald Amos, demands judgment in his favor and against Liberty Life Assurance Company of Boston, as follows:

A. A determination that Mr. Amos is entitled to benefits under the terms of the Plan;

B. An award of benefits in the form of a single lump sum representing monthly benefits that Mr. Amos should have received since his benefits were terminated and continuing until the date of judgment;

C. A further order directing Liberty Life Assurance Company of Boston to pay Mr. Amos's ongoing monthly disability benefits, beginning on the date of judgment and continuing until he is no longer disabled under the terms of the Plan;

D. Pre-judgment and post-judgment interest;

E. Attorney's fees and the costs of this action; and

F. Such other and further relief as the Court determines to be equitable and just.

Respectfully submitted,

Tony C. Merry (0042471)
Lesley H. Kuhl (0067177)
Law Offices of Tony C. Merry, LLC
7100 N. High Street, Suite 302
Worthington, Ohio 43085
Telephone (614) 372-7114
Facsimile (614) 505-6109
Email: lkuhl@tmerrylaw.com
Attorneys for Plaintiff Ronald Amos