IN THE COURT OF COMMON PLEAS
GENERAL DIVISION – WASHINGTON COUNTY
205 PUTNAM STREET
MARIETTA, OH 45750

RONALD R AMOS vs. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

To: File Copy

CASE NO. 19OT000222

To the within named defendant:

SUMMONS ON COMPLAINT

JOHN E TRIPLETT JR
Judge, Common Pleas Court

You are hereby summoned that a complaint (a copy of which is hereby attached and made a part hereof) has been filed against you in this court by the plaintiff named herein. You are required to serve upon the Plaintiff's Attorney, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service on Plaintiff's Attorney. Said answer must be filed with this court within three days after service on Plaintiff's Attorney.

Papers Attached:
COMPLAINT STAMPED 10/2/19

The name and address of the Plaintiff's Attorney is as follows:

ATTY LESLEY KUHL
LAW OFFICES OF TONY C MERRY LLC
7100 N HIGH ST
STE 302
WORTHINGTON OH 43085

ATTY TONY C MERRY
LAW OFFICES OF TONY C MERRY LLC
7100 N HIGH ST
STE 302
WORTHINGTON OH 43085

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

BRENDA L WOLFE
Clerk of Courts, By
Deputy
Dated: 10/4/19

Original Summons to:

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON