Skip to main content

# 19OT000222

- Case Type:
- OTHER THAN
- Case Status:
- Open
- File Date:
- 10/02/2019
- Action:
- OTHER CIVIL
- Case Judge:
- TRIPLETT, JR, JOHN E

All Information | Party | Docket | Financial | Receipt | Disposition

## Docket Information

| Date | *Docket Text* | Amount Due | *Image Avail.* |
|---|---|---|---|
| 10/02/2019 | CIVIL FILING DEPOSIT Receipt: 82874 Date: 10/02/2019 | $0.00 | |
| 10/02/2019 | CIVIL FILING FEE Receipt: 82874 Date: 10/02/2019 | $0.00 | |
| 10/02/2019 | COMPLAINT | $25.00 | Image |
| 10/02/2019 | ATTORNEY STATUS<br>Attorney KUHL, ATTY LESLEY representing Plaintiff AMOS, RONALD R as of 10/02/2019 | | |
| 10/02/2019 | ATTORNEY STATUS<br>Attorney Merry, Tony Cooper representing Plaintiff AMOS, RONALD R as of 10/02/2019 | | |
| 10/04/2019 | POSTAGE FOR SERVICE BY CERTIFIED MAIL | $7.70 | |
| 10/04/2019 | SUMMONS, COMPLAINT STAMPED 10/2/19 BY CERT/MAIL, RET/REC REQ TO LIBERTY LIFE ASSURANCE COMPANY OF BOSTON | $3.00 | Image |
| 10/04/2019 | Issue Date: 10/04/2019<br>Service: INITIAL SERVICE<br>Method: CERTIFIED MAIL<br>Cost Per: $0.00<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br>175 BERKELEY ST<br>BOSTON, MA 02116<br>Tracking No: WA941472669904212585156 | $0.00 | |
| 10/16/2019 | RET/REC - DELIVERED 10/07/19 TO JASON CLEARY FOR LIBERTY LIFE ASSURANCE COMP | | Image |
| 10/16/2019 | POSTING ON DOCKET | $14.00 | |