IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD AMOS, | § | |
| | § | |
| Plaintiff, | § | Case No. 2:19-cv-04803 |
| | § | |
| v. | § | |
| | § | JUDGE GEORGE C. SMITH |
| LIBERTY LIFE ASSURANCE COMPANY | § | |
| OF BOSTON, | § | |
| | § | MAGISTRATE JUDGE |
| Defendant. | § | |

**DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S MOTION TO APPOINT TRIAL COUNSEL**

Now comes Defendant Liberty Life Assurance Company of Boston ("Liberty Life"), through the undersigned, and hereby moves pursuant to Local Rule 83.4(a) that attorney Iwana Rademaekers be permitted to act as trial attorney in this case. On October 31, 2019, attorney Rademaekers, an attorney in good standing, moved for admission to appear Pro Hac Vice in this case. Ms. Rademaekers has appeared as Lead Counsel on cases of this subject matter, including in represenation of Defendant Liberty Life, in U.S. District Courts and U.S. Circuit Courts of Appeal throughout the United States, including District Courts within the Fourth, Fifth, Sixth, Eighth, Ninth and Tenth Circuits. Defendant Liberty Life is also represented in this case by the undersigned, a permanent member in good standing of the bar of this Court.

Respectfully submitted,

*/s/* David A. Riepenhoff
David A. Riepenhoff (0075089)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF, LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
Telephone: (614) 221-1216
Facsimile: (614) 221-8769
Email: driepenhoff@fisheldowney.com

TRIAL ATTORNEY FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Iwana Rademaekers (Texas Id. No. 16452560)
(Pro Hac Vice Motion pending)
**Law Offices of Iwana Rademaekers, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (214) 564-9542
iwana@rademaekerslaw.com

## CERTIFICATE OF SERVICE

I certify that on October 31, 2019 I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Lesley Kuhl, Esq.
Email: lkuhl@tmerrylaw.com
Counsel for Plaintiff

/s/ David A. Riepenhoff
David A. Riepenhoff