# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM STATE COURT

*This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Court*

State Court County: Washington

Case number and caption:

| Case Number | Plainfiff(s) | | Defendant(s) |
|---|---|---|---|
| 19OT222 | Ronald R. Amos | vs | Liberty Life Assurance Company of Boston |

| | Yes | No |
|---|---|---|
| Jury Demand Made in State Court: | ☐ | ☒ |

If "Yes," by which party and on what Date:

Party: ______________________ Date: ______________

| | Yes | No |
|---|---|---|
| Were there parties not served prior to removal? | ☐ | ☒ |
| Were there parties dismissed/terminated prior to removal? | ☐ | ☒ |
| Were there answers filed in State Court? | ☐ | ☒ |
| Is there a pending TRO in State Court? | ☐ | ☒ |

*If you have answered "yes" to any of the above please list parties not served, the parties dismissed/terminated and the parties that filed their answers on the reverse of this page.*

*On the reverse of this page please list all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address and phone number, including area code.*

| | Yes | No |
|---|---|---|
| Are copies of all state case pleadings attached to your removal? | ☒ | ☐ |

If your answer is "No", when will they be filed: ______________________

List the parties that are removing the case:

______________________ ______________________

______________________ ______________________

______________________ ______________________

| Parties Not Served | Parties Dismissed | Answers Filed |
| --- | --- | --- |
| *I.E. Defendant John Doe* | *I.E. Defendant John Doe* | *I.E. Defendant John Doe* |

| Party and Type | Attorney(s) |
| --- | --- |
| *I.E. Plaintiff John Doe*<br><br>Plaintiff - Ronald R. Amos<br><br>Defendant - Liberty Life Assurance Company of Boston | *I.E. Attorney(s) Name<br>Firm<br>Address<br>City, State, Zip<br>Telephone and Fax Number<br>Supreme Court Number*<br><br>David R. Riepnehoff (0075089)<br>Fishel Downey Albrecht & Riepenhoff LLP<br>7775 Walton Parkway, Suite 200<br>New Albany, Ohio 43054<br>Telephone: 614-221-1216 Fax: 614-221-8769<br>Attorney for Defendant<br><br>Iwana Rademaekers (16452560)<br>Law office of Iwana Rademaekers, P.C.<br>14785 Preston Road, Suite 550<br>Dallas, Texas 75254<br>Telephone: 214-579-9319 Fax: 469-444-6456<br><br>Attorney for Defendant<br><br>Tony C. Merry (0042471)<br>Lesley Kohl (0067177)<br>Law office of Tony C. Merry, LLC<br>7100 North HIgh Street, Suite 302<br>Worthington, OH 43085<br>Telephone: 614-372-7114 Fax: 614-505-6109<br>Attorneys for Plaintiff |

USE A SEPARATE SHEET OF PAPER IF NECESSARY