**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RONALD R. AMOS,**

**Plaintiff,**

**v.**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,**

**Defendant.**

**Civil Action 2:19-cv-4803**
**Judge George C. Smith**
**Magistrate Judge Chelsey M. Vascura**

# PRELIMINARY PRETRIAL ORDER

The parties submitted their Rule 26(f) Report on December 9, 2019, and indicated their preference that the Court issue a Preliminary Pretrial Order without a conference. Accordingly, the December 16, 2019 preliminary pretrial conference is **VACATED**.

## Rule 26(a)(1) Initial Disclosures

The proceeding is exempt from initial disclosures.

## Jurisdiction and Venue

There are no contested issues related to venue or jurisdiction.

## Amendments to Pleadings and/or Joinder of Parties

Motions or stipulations addressing the parties or pleadings, if any, must be filed no later than **January 8, 2020**.

## Motions

There are no pending motions.

**Allegations in the Pleadings and Jury Demand**

Plaintiff seeks payment of long-term disability benefits under an ERISA-governed employee welfare benefit plan insured by Defendant. Plaintiff brings his claim under ERISA §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B).

There is no jury demand.

**Expert Disclosures**

The parties do not anticipate expert discovery.

**Discovery Deadline and Limitations**

The Defendant will produce a bates-numbered copy of the administrative record to the Plaintiff by **February 1, 2020**. Defendant will file the administrative record **under seal** with the Court by **April 30, 2020**. No further discovery is anticipated.

**Dispositive Motions**

- Plaintiff's Motion for Judgment on Administrative Record is due by **April 30, 2020**
- Defendant's Motion for Judgment on the Administrative Record is due by **May 29, 2020**
- Plaintiff's Response in Opposition is due by **June 30, 2020**
- Defendant's Response in Opposition is due by **June 30, 2020**

**Settlement**

Plaintiff shall make a settlement demand by **January 25, 2020**. Defendant shall respond by **February 10, 2020**. The parties agree to make a good faith effort to settle this case. This case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference in **March 2020**. In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the

settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

Referral to court-facilitated mediation has no effect on the case schedule. All deadlines established in this Order will remain in place unless the parties move for and are granted a continuance or stay. In the event the parties schedule a private mediation, they may notify the Court and request to be excused from participation in court-facilitated mediation.

**Other Matters**

If any date set in this Order falls on a Saturday, Sunday, or legal holiday, the date of the next business day will control.

Any party intending to seek attorney fees and costs as a prevailing party shall make quarterly reports to the other party disclosing the to-date accrued attorney's fees and costs.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE