IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD R. AMOS, | § | |
| | § | |
| Plaintiff, | § | Case No. 2:19cv04803-GCS-CMV |
| | § | |
| v. | § | |
| | § | Senior District Judge George C. Smith |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | Magistrate Judge Chelsey M. Vascura |
| Defendant. | § | |
| | § | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Ronald R. Amos and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 7th day of January 2020.

Respectfully submitted,

/s/ Lesley H. Kuhl (by Iwana Rademaekers per email Authorization)
Lesley H. Kuhl (0067177)
**Law Offices of Tony C. Merry, LLC**
7100 N. High Street, Suite 302
Worthington, OH 43085
PH: (614) 372-7114
Fax: (614) 505-6109
Email: lkuhl@tmerrylaw.com

TRIAL COUNSEL FOR PLAINTIFF

- AND -

*/s/* Iwana Rademaekers

Iwana Rademaekers (Texas Id. No. 16452560)
(Admitted Pro Hac Vice)
**Law Offices of Iwana Rademaekers, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Direct: (214) 564-9542
Email: iwana@rademaekerslaw.com

TRIAL COUNSEL FOR DEFENDANT

**- AND -**

David A. Riepenhoff (0075089)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF, LLP**
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
Telephone: (614) 221-1216
Facsimile: (614) 221-8769
Email: driepenhoff@fisheldowney.com